UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Mar 20, 2026 _____

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                                        CRIMINAL ACTION NO. 3:26-CR-00018-RGJ

JESSE KAYEMBE                                                             DEFENDANT

## MOTION TO UNSEAL INDICTMENT

Comes the United States of America, by counsel, Emily Lantz, Assistant United States Attorney for the Western District of Kentucky, and moves the Court to order that the indictment returned in this matter by a Federal Grand Jury on February 4, 2026, charging the above-named defendant be unsealed. The United States believes there is no reason for the Indictment and related materials to remain sealed.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

_____

Emily Lantz
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY  40202
(502) 582-5911