UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF


v.                                        CRIMINAL ACTION NO. 3:26-CR-00018-RGJ


JESSE KAYEMBE                                                       DEFENDANT

## **ORDER**

The indictment returned by the Federal Grand Jury on February 4, 2026 charging the above-named defendant is hereby ORDERED unsealed.